

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARREN COLLINS, | Case No. CV 07-6074-ABC (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

    IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: Feb. 21, 2008

Audrey B. Collins
United States District Judge