

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARREN COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. CV 07-6074-ABC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein, including the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation attached hereto and orders that judgment be entered on behalf of defendants and that the complaint be dismissed without prejudice.

Dated: Feb. 21, 2008

　　　　　　　　　　　　　　　　　Spencer Letts
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Audrey B. Collins
　　　　　　　　　　　　　　　　　United States District Judge